## FREDERICK et al. v. STATE.
No. 14678.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

L. E. Eason, of Beaumont, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is theft; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## FREDERICK et al. v. STATE.
No. 14679.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

L. E. Eason, of Beaumont, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.